|  |  |
|---|---|
| ANASTASIA | UNITED STATES DISTRICT COURT |
|  | DISTRICT OF NEW JERSEY |
| Plaintiff(s) |  |
|  | Hon. Jose L. Linares |
| -vs- | Civil Action No. 08-1880   (JLL) |
| CUSHMAN & WAKEFIELD et al | ORDER ON ORAL MOTION |
|  | SCHEDULING CONFERENCE |
| Defendant(s) |  |

**THIS MATTER** having been brought before the Court for a conference on December 2, 2009; and for good cause shown:

**IT IS** on this 3rd day of December, 2009

**ORDERED THAT:**

1. Fact discovery is **closed.**

2. Expert discovery shall be completed by **January 29, 2010.**

3. Summary judgment motions shall be filed after the close of all discovery, but no later than **February 16, 2010.**

.

                                          *s/ Claire C. Cecchi*
                                          **HON. CLAIRE C. CECCHI**
                                          **United States Magistrate Judge**

Clerk of the Court
File